THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alphonso Haynesworth, Appellant.
 
 
 

Appeal From Sumter County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion number 2008-UP-474
 Submitted August 1, 2008  Filed August
11, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.  
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Alphonso
 Haynesworth appeals the revocation of his
 probation.  Haynesworth argues the circuit courts decision to revoke his
 probation was arbitrary and capricious because Haynesworth offered valid
 explanations for failing to meet the conditions of probation.  Haynesworth also
 submitted a pro se brief.  Pursuant to Anders v. California,
 386 U.S. 738 (1967), Haynesworths counsel attached a petition to be relieved,
 stating she reviewed the record and concluded this appeal lacks merit.  After a thorough review of the record and both
 briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Haynesworths appeal and grant counsels motion to be relieved.
APPEAL
 DISMISSED.
 KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.